UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACOB ANDREW BERGERON,

                Plaintiff,

   v.

MULTIPLE AND SEVERAL STATE AGENTS, et al.,

                Defendants.

CASE NO. C17-0821-TSZ

ORDER DENYING IN FORMA PAUPERIS REQUEST AND DISMISSING CASE WITHOUT PREJUDICE

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, docket no. 7, to which no timely-made objection was received,[1] does hereby find and ORDER:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    Plaintiff's *in forma pauperis* (IFP) application is DENIED and this matter is DISMISSED, without prejudice to plaintiff filing a new complaint, accompanied by either the

---

[1] The copy of the Report and Recommendation mailed to plaintiff at the Georgia Regional Hospital in Decatur, Georgia was returned as undeliverable, and no forwarding address was provided. The Court has checked the databases available to the public regarding persons incarcerated in federal, Georgia, or Washington prisons, and is satisfied that plaintiff is not currently in the custody of the United States Bureau of Prisons or the States of Georgia or Washington. Plaintiff has the duty to keep the Court advised of his whereabouts, and he has not done so.

filing fee or a completed motion to proceed IFP, including a certified copy of plaintiff's prison trust account statement showing transactions for the last six months; and

(3) The Clerk is directed to send a copy of this Order to the Honorable Mary Alice Theiler and to CLOSE this case.

DATED this 20th day of September, 2017.

_____
Thomas S. Zilly
United States District Judge